```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 05471
   ODELL D WHITE
   MARY E WHITE                                 CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-6588     SSN XXX-XX-0330

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 03/07/2008 and was confirmed 05/01/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 12/18/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
ASSET ACCEPTANCE CORP      UNSEC W/INTER      201.59          7.56         201.59
CAPITAL ONE                UNSEC W/INTER      520.10         19.52         520.10
CAPITAL ONE                UNSEC W/INTER NOT FILED             .00            .00
GEMB/WALMART               UNSEC W/INTER NOT FILED             .00            .00
HSBC                       UNSEC W/INTER NOT FILED             .00            .00
HSBC                       UNSEC W/INTER NOT FILED             .00            .00
PORTFOLIO RECOVERY         UNSEC W/INTER     1612.62         47.04        1612.62
DIETRICH & PATRICIA ROBE   NOTICE ONLY   NOT FILED             .00            .00
HOUSEHOLD FINANCE CORP     CURRENT MORTG        .00            .00            .00
CHASE MANHATTAN MTG CORP   CURRENT MORTG        .00            .00            .00
CHASE MANHATTAN MTG CORP   MORTGAGE ARRE        .00            .00            .00
COLE TAYLOR BANK           CURRENT MORTG        .00            .00            .00
COLE TAYLOR BANK           MORTGAGE ARRE        .00            .00            .00
COLE TAYLOR BANK           NOTICE ONLY   NOT FILED             .00            .00
HOUSEHOLD FINANCE CORP     MORTGAGE ARRE     314.28            .00         314.28
CAPITAL ONE AUTO FIN       SECURED NOT I        .00            .00            .00
CAPITAL ONE AUTO FIN       UNSEC W/INTER NOT FILED             .00            .00
PIERCE & ASSOC             NOTICE ONLY   NOT FILED             .00            .00
CAPITAL RECOVERY ONE       UNSEC W/INTER       74.05          2.78          74.05
LEGAL HELPERS PC           DEBTOR ATTY      2,500.00                      2,500.00
TOM VAUGHN                 TRUSTEE                                          433.54
DEBTOR REFUND              REFUND                                           107.16

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             5,840.24

PRIORITY                                          .00
SECURED                                        314.28
UNSECURED                                    2,408.36

                   PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 05471 ODELL D WHITE & MARY E WHITE
```

```
    INTEREST                                                     76.90
ADMINISTRATIVE                                                2,500.00
TRUSTEE COMPENSATION                                            433.54
DEBTOR REFUND                                                   107.16
                                      ---------------   ---------------
TOTALS                                       5,840.24          5,840.24
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/05/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE